[No. 15883–0–I. Division One. January 21, 1986.]

ALFRED GEIGER, *Appellant,* v. ROBERT HOLLISTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–06051–1, Liem E. Tuai, J., entered December 27, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, A.C.J., and Grosse, J. Now published at 43 Wn. App. 86.

[No. 14805–2–I. Division One. January 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LISA MARIE BUCKNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–8–03598–1, Liem E. Tuai, J., entered May 1, 1984. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Webster, JJ.

[No. 14971–7–I. Division One. January 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBBI ALLEN KIEFEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–00684–8, Jack Richey, J. Pro Tem., entered May 22, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, A.C.J., and Coleman, J.